ATLAS FENCE COMPANY et al., complainants,

*v.*

WEST RIDGELAWN CEMETERY et al., defendants.

POLINE KOMAR, petitioner-appellant,

*v.*

ALFRED L. KIRBY, receiver, &c., respondent-respondent.

[Submitted February 14th, 1941. Decided May 1st, 1941.]

*Mr. William C. Kronmeyer* and *Mr. Borris M. Komar,* for the appellant.

*Mr. Louis A. Fast,* for the respondent.

Per Curiam.

The order under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Kays.

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Heher, Porter, Dear, Wells, WolfsKeil, Hague, Thompson, JJ. 11.

*For reversal*—Perskie, Colie, Rafferty, JJ. 3.

*For modification*—Donges, J. 1.